UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Lester Dobbey, et al.
                    Plaintiff,

v.                                        Case No.: 1:19−cv−03272
                                          Honorable Robert W. Gettleman

Gladyse Taylor, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 26, 2022:

    MINUTE entry before the Honorable Robert W. Gettleman: It is hereby ordered that Lawrence Correctional Center produce Plaintiff Eugene Ross (K73977) to appear via WebEx for the settlement conference scheduled in this matter for January 11, 2023 at 10:00 a.m. CST. The WebEx information will be provided by Plaintiff's counsel Joshua Herman to the Litigation Coordinator at Lawrence Correctional Center. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.